# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Jerarrdo Ogas | * | |
| | Maria Patricia Ogas | * | Case No. |
| | | * | |
| | Debtor(s) | * | Chapter 13 Proceeding |

## ☐AMENDED  ☐MODIFIED
## DEBTOR(S) CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor(s) estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this plan includes the plural where appropriate.*

## Plan Summary

A.      The Debtor(s) plan payment will be __$675.00__ per month, paid by ☒ Pay Order or ☐ Direct Pay, for _60_ months. **$311.54 to be deducted from Debtor's Bi-Weekly wages at US Dot.** The gross amount to be paid into the Plan is __$40,500.00__ .

B.      The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately _12_% of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C.      The value of the Debtor(s) non-exempt assets is __$0.00__ .

D.      If the payment of any debt is proposed to be paid directly by the Debtor(s) outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor(s) good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
|  |  |  |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to **assume** the following executory contracts, unexpired leases, and/or contracts for deed, if any:

**- NONE -**

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to **reject** the following executory contracts, unexpired leases, and/or contracts for deed, if any:

**- NONE -**

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| Freedom Furniture Sofa, Love Seat, Chair, Accent Chair | $4,400.00 | $750.00 | Pro-rata, estimated payment to be $13.98 | 5% | $750.00 | Furniture Condition is Fair, Date of purchase is 11/2011 |

| White Sands FCU 2006 GMC Sierra | $13,226.00 | $10,412.00 | Pro-rata, estimated payment to be $194.09 | 5.25% | $10,412.00 | Car Loan Condition is Good, Date of purchase is 12/21/2010 |
| White Sands FCU 2012 Nissan Altima | $19,200.00 | $9,375.00 | Pro-rata, estimated payment to be $174.76 | 5.25% | $9,375.00 | Car Loan Condition is Good, Date of purchase is 4/06/2012 |
| White Sands FCU 2006 Honda VTX | $3,146.00 | $3,000.00 | Pro-rata, estimated payment to be $55.92 | 5.25% | $3,000.00 | Car Loan Condition is Fair, Date of purchase is 3/28/2011 |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on __12 - 1 -__ , 2014.


_____
Debtor   Jerarrdo Ogas


_____
Co-Debtor  Maria Patricia Ogas


## V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If not timely objection is filed, the relief requested maybe granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien (e.g.. judicial lien, nonpurchase-money security interest, etc.)

| Creditor | Property Subject to Lien | Amount of Lien to Be Avoided | Remarks |
|---|---|---|---|
| - NONE - | | | |


## VI. Specific Treatment for Payment of Allowed Claims

## 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

A.  Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"). including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, must be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens. and the Debtor(s) shall maintain insurance on the collateral. in accordance with the terms of the documents creating the lien on the collateral.

| Creditor/Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| - NONE - | | | |

B. Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| - NONE - | |

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

A. Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor(s) attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Tanzy & Borrego Law Offices | $3,200.00 | Along With | The trustee shall make distribution of the base fee awarded in the confirmation order equal to one month's plan payment for up to the first four months of the term of the plan. The remainder of the base fee due the attorney (if any) shall be paid at the rate of $100 a month until paid in full. |

B. Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Internal Revenue Service | $290.00 | After | Taxes 2011 1040 taxes |

C. Arrearage Claims

| Creditor/Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| - NONE - | | | | | | |

D. Cure Claims on Assumed Contracts, Leases, and Contracts for Deed:

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| - NONE - | | | |

E. Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completion of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/ Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Freedom Furniture Sofa, Love Seat, Chair, Accent Chair | $4,400.00 | $750.00 | Pro-rata, estimated payment to be $13.98 | 5% | $750.00 | Furniture |
| White Sands FCU 2006 GMC Sierra | $13,226.00 | $10,412.00 | Pro-rata, estimated payment to be $194.09 | 5.25% | $10,412.00 | Car Loan |
| White Sands FCU 2012 Nissan Altima | $19,200.00 | $9,375.00 | Pro-rata, estimated payment to be $174.76 | 5.25% | $9,375.00 | Car Loan |
| White Sands FCU 2006 Honda VTX | $3,146.00 | $3,000.00 | Pro-rata, estimated payment to be $55.92 | 5.25% | $3,000.00 | Car Loan |

F. General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed). *Describe treatment for the class of general unsecured creditors.*

| Creditor | Claim Amount | Remarks |
|---|---|---|
| AAFES/Mil Star/Exchange | $0.00 | |
| Ace Cash Express | $1,806.00 | |
| Advance Amercica | $0.00 | |
| Advance America | $1,210.00 | |
| American InfoSource LP as agent for | $0.00 | |
| American InfoSource LP as agent for | $0.00 | |
| American InfoSource LP as agent for | $0.00 | |
| Ameriloan | $520.00 | |
| Ashley Funding Services, LLC its | $0.00 | |
| Ashley Funding Services, LLC its | $0.00 | |
| Asset Acceptance LLC | $0.00 | |
| Attorney General | $0.00 | |
| Bank of America | $522.00 | |
| Benny's Pawn Shop | $1,208.00 | |
| Capital One | $1,582.00 | |
| Capital One, N.A. | $0.00 | |
| Cash America Pawn | $843.00 | |
| CashNetUSA | $564.00 | |
| CashNetUSA | $0.00 | |
| Cavalry Portfolio | $0.00 | |
| Check N Go | $251.00 | |
| Check N Go | $0.00 | |
| Citibank | $0.00 | |
| Credit One Bank | $1,024.00 | |

| | | |
|---|---|---|
| Credit One Bank | $0.00 | |
| Department of Defense | $631.00 | |
| Dish Network | $510.00 | |
| Dollar Advance | $1,112.00 | |
| El Paso Orthopaedic Surgery | $167.00 | |
| El Paso Orthopaedic Surgery Group | $0.00 | |
| Elsa Valdez | $6,500.00 | |
| FIA Card Services, N.A. as successor to | $0.00 | |
| First Premier Bank | $776.00 | |
| Freedom Acceptance Corp | $0.00 | |
| *Freedom Furniture | $3,650.00 | |
| HSBC | $291.00 | |
| InSolve Recovery, LLC | $0.00 | |
| Lowe's | $0.00 | |
| Lowe's/GE Money Bank | $847.00 | |
| Mervyns/GE Money Bank | $974.00 | |
| Mervyns/GE Money Bank | $0.00 | |
| Midland Funding LLC | $0.00 | |
| Personal Credit Plan | $1,370.00 | |
| Personal Credit Plan | $1,507.00 | |
| Portfolio Investments II LLC | $0.00 | |
| Portfolio Recovery Associates | $0.00 | |
| PRA Receivables Management, LLC | $0.00 | |
| Precision Recovery Analytics, Inc. | $0.00 | |
| Premier Bankcard/Charter | $0.00 | |
| Providence Memorial Hospital | $1,085.00 | |
| Providence Memorial Hospital | $0.00 | |
| Quantum3 Group LLC as agent for | $0.00 | |
| Quantum3 Group LLC as agent for | $0.00 | |
| Quantum3 Group LLC as agent for | $0.00 | |
| Quick Cash | $996.00 | |
| Rapido Dinero LTD. D/B/A Quick Cash | $850.00 | |
| Recovery Management Systems Corporation | $0.00 | |
| Resurgent Capital Services | $0.00 | |
| Sears | $496.00 | |
| Shell | $747.00 | |
| Shell | $0.00 | |
| T Mobile | $810.00 | |
| T Mobile | $0.00 | |
| U.S. Attorney/FHA/HUD/IRS/VA | $0.00 | |
| Verizon | $2,173.00 | |
| Wal-Mart | $0.00 | |
| Wal-Mart/GE Money Bank | $339.00 | |
| Wal-Mart/GE Money Bank | $671.00 | |
| *White Sands FCU | $2,814.00 | |
| *White Sands FCU | $9,825.00 | |
| *White Sands FCU | $146.00 | |

* Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or the full amount of an avoided Secured Claim.


**Totals:**

Administrative Claims  $3,200.00

Printed by as

Priority Claims $290.00
Arrearage Claims $0.00
Cure Claims $0.00
Secured Claims $23,537.00
Unsecured Claims $48,817.00

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

1. Unless the plan is a full pay plan, all of the debtor's projected disposable income to be received in the three-year period beginning on the date that the first payment is due under the plan will be applied to make payments under the plan.

2. If any secured proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless it is objected to. Said claim shall be paid under the plan at 8% interest. Likewise, if any priority proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to. Said priority claim shall not be paid with any interest.

3. If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors. The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors. Similarly, the funds scheduled to be received by such creditor along with other secured creditors upon confirmation will also be distributed to the other secured creditors on a pro-rata basis.

Respectfully submitted this __1st__ day of __December__, 2014.

_____
Attorney for Debtor
**Edgar Borrego 00787107**
**Miguel Flores 24036574**
**Marissa A. Martinez 24087985**

2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300
Fax: (915) 566-1122

_____           _____
Debtor  Jerarrdo Ogas                       Co-Debtor  Maria Patricia Ogas
5716 Weatherford                            5716 Weatherford
El Paso, TX  79924                          El Paso, TX  79924

**United States Bankruptcy Court**
**Western District of Texas**

In re   **Jerarrdo Ogas**                              Case No._____
     **Maria Patricia Ogas**                          Chapter _____ 13 _____
     Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached Chapter 13 Plan was served on _12/31/14_, on Chapter 13 Trustee, Stuart C. Cox, 1760 N. Lee Trevino Dr., El Paso, TX 79936, The United States Trustee, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539, Jerarrdo Ogas & Maria Patricia Ogas, 5716 Weatherford, El Paso, TX 79924 and the persons listed below and/or on the attached list, at the addresses listed, via electronic means as listed on the court's ECF noticing system or by regular first class mail:

Edgar Borrego 00787107
**Miguel Flores 24036574**
**Marissa A. Martinez 24087985**
Attorney for Tanzy & Borrego Law Offices, P.L.L.C.

To creditors:

AAFES/Mil Star/Exchange
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Ace Cash Express
9130 Dyer St.
El Paso, TX 79924-6402

Advance Amercica
c/o NCP Finance Limited Partnership
100 East Third Street 5th Floor
Dayton, OH 45402

Advance America
1320 N. Zaragosa
El Paso, TX 79936

American InfoSource LP as agent for
Check N Go
P.O. Box 248838
Oklahoma City, OK 73124-8838

American InfoSource LP as agent for
Midland Funding LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124-8848

Ameriloan
2533 N. Carson Street, Suite 4976
Carson City, NV 89706

Ashley Funding Services, LLC its
successors assigns as assignee of
Laboratory Corp of America Holdings
P.O. Box 10587
Greenville, SC 29603-0587

Ashley Funding Services, LLC its
successors assigns as assignee of
Syndicated Office Systems, Inc.
P.O. Box 10587
Greenville, SC 29603-0587

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

Bank of America
P.O. Box 1390
Norfolk, VA 23501-1390

Benny's Pawn Shop
213 S El Paso St
El Paso, TX 79901

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
P.O. Box 12907
Norfolk, VA 23541-0907

Cash America Pawn
4630 Montana
El Paso, TX 79903

CashNetUSA
200 West Jackson, Suite 1400
Chicago, IL 60606-6941

CashNetUSA
c/o JBC Funding LLC
,

Cavalry Portfolio
500 Summit Lake Dr. Ste 400
Valhalla, NY 10595-1340

Check N Go
6524 North Mesa St.
El Paso, TX 79912

Check N Go
c/o NCP Finance Limited Partnership
100 East Third Street 5th Floor
Dayton, OH 45402

Citibank
P.O. Box 790034
Saint Louis, MO 63179-0034

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Credit One Bank
c/o Pinnacle Credit Services
P.O. Box 740933
Dallas, TX 75374

Department of Defense
1400 Defense Pentagon
Washington, DC 20301

Dish Network
P.O. Box 33977
Denver, CO 80233

Dollar Advance
1900 George Dieter
El Paso, TX 79936

El Paso Orthopaedic Surgery
P.O. Box 910329
Dallas, TX 75391-0329

El Paso Orthopaedic Surgery Group
c/o Creditors Service Bureau
7351 Remcon Cir.
El Paso, TX 79912

Elsa Valdez
4822 7th Street
Lubbock, TX 79416

FIA Card Services, N.A. as successor to
Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
4161 Piedmont Parkway
Greensboro, NC 27410

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524

Freedom Acceptance Corp
1150 E. Little Creek Rd.
Norfolk, VA 23518-3826

Freedom Furniture
10060 Dyer Street
El Paso, TX 79924

HSBC
Card Services
P.O. Box 80084
Salinas, CA 93912-0084

InSolve Recovery, LLC
c/o Capital Recovery
Dept. 3203
P.O. Box 123203
Dallas, TX 75312-3203

Internal Revenue Service
Special Procedures Branch
300 E. 8th Street Stop 5022
Stop 5022
Austin, TX 78701

Internal Revenue Service
c/o U.S. Attorney/IRS
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lowe's
c/o Paragon Way
2101 W Ben White Blvd.
Austin, TX 78704

Lowe's/GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Mervyns/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Mervyns/GE Money Bank
c/o LVNV Funding
P.O. Box 10587
Greenville, SC 29603-0587

Midland Funding LLC
by American InfoSource LP as agent
P.O. Box 4457
Houston, TX 77210-4457

Personal Credit Plan
303 N. Oregon Street
El Paso, TX 79901

Personal Credit Plan
303 N. Oregon Street
El Paso, TX 79901

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541

PRA Receivables Management, LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Precision Recovery Analytics, Inc.
c/o Cavalry Advisory Services
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Providence Memorial Hospital
2001 North Oregon
El Paso, TX 79902

Providence Memorial Hospital
c/o Central Financial Control
P.O. Box 14059
Orange, CA 92863

Quantum3 Group LLC as agent for
Ace Cash Express Inc
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CF Medical LLC
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
P.O. Box 788
Kirkland, WA 98083-0788

Quick Cash
5640 Montana
El Paso, TX 79925

Rapido Dinero LTD. D/B/A Quick Cash
9515 Gateway West Suite L
El Paso, TX 79925

Recovery Management Systems Corporation
25 S.E. 2nd Avenue Suite 1120
Miami, FL 33131-1605

Resurgent Capital Services
P.O. Box 2568
Greenville, SC 29602-2568

Sears
P.O. Box 6282
Sioux Falls, SD 57117-6282

Shell
P.O. Box 689151
Des Moines, IA 50368-9151

Shell
c/o Midland Funding LLC
227, W Trade St Ste 1610
Charlotte, NC 28202-1676

T Mobile
Bankruptcy Department
P.O. Box 53410
Bellevue, WA 98015

T Mobile
c/o Midland Funding LLC
227, W Trade St Ste 1610
Charlotte, NC 28202-1676

U.S. Attorney/FHA/HUD/IRS/VA
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Printed by as

Verizon
P.O. Box 610029
DFW Airport, TX 75261-0029

Wal-Mart
c/o Midland Funding LLC
227, W Trade St Ste 1610
Charlotte, NC 28202-1676

Wal-Mart/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Wal-Mart/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

White Sands FCU
P.O. Box 99
Las Cruces, NM 88004

White Sands FCU
P.O. Box 99
Las Cruces, NM 88004

White Sands FCU
P.O. Box 99
Las Cruces, NM 88004

~ end of list ~